IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JULIET JAYNES,                                    10-CV-568-BR

       Plaintiff,                              JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.


BROWN, Judge.

    Based on the Court's Opinion and Order (#21) issued

April 29, 2011, the Court hereby **REMANDS** this matter to the above

administrative agency for further administrative proceedings.

    DATED this 29th day of April, 2011.


                                            _____
                                          ANNA J. BROWN
                                          United States District Judge


1 - JUDGMENT OF REMAND